Jason W. Estavillo (Bar No. 188093)
LAW OFFICE OF JASON ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile:  (510) 982-3002

Attorney for Marshall S. Sanders and Lydia O. Sanders as Trustee of the Marshall and Lydia Sanders Trust Dated April 20, 1990

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL S. SANDERS and LYDIA O. SANDERS AS TRUSTEE OF THE MARSHALL AND LYDIA SANDERS TRUST DATED APRIL 20, 1990,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; NATIONAL DEFAULT SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-20,<br><br>      Defendants | Case No.: 8:14-cv-01903-AG-AN<br><br>**DEMAND FOR JURY TRIAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** Plaintiffs hereby demand trial by jury.


Dated: December 12, 2014          LAW OFFICES OF JASON W. ESTAVILLO


                                  /s/
                                  _____
                                  Jason W. Estavillo
                                  Attorney for Plaintiffs

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile:  (510) 982-3002

1

DEMAND FOR JURY TRIAL

# PROOF OF SERVICE

| Re: | Sanders v. PNC Mortgage, et al. |
|---|---|
| Court: | Central District of California Case No.: 8:14-CV-01903-AG-AN |
| Represents: | Marshall S. Sanders and Lydia O. Sanders, et al. |

I declare that I am over the age of 18, not a party to the above-entitled action; I am an employee of Law Offices of Jason W. Estavillo, PC whose business address is 1330 Broadway, Suite 1030, Oakland, CA 94612.

On **December 12, 2014**, I served the following document(s) in the following manner(s):

**DEMAND FOR JURY TRIAL**

☒ **MAIL:** By placing the document(s) listed below in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

| Select Portfolio Servicing, Inc.<br>C/O CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Dr., Suite 150N<br>Sacramento, CA 95833 | National Default Servicing Corporation<br>C/O CT Corporation<br>818 West Seventh Street 2nd Floor<br>Los Angeles, CA 90017 |
|---|---|

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below.

☐ **FEDEX:** by placing true and correct copies thereof in sealed package(s) designated by Federal Express for that purpose, with the delivery fees paid or provided for by the sender, and delivering such package(s) to a box or other facility regularly maintained by Federal Express, or delivered to an authorized courier or driver authorized by Federal Express to receive documents, addressed as follows:

☒ **ELECTRONIC SERVICE:** Via Pacer service

| Adam F. Summerfield<br>McGUIREWOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067-1501<br>Telephone: 310-315-8200<br>Facsimile: 310-315-8210<br>**Attorney for Bank of America, N.A.** | |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: **December 12, 2014**

Maria Yolanda Lepe

1

PROOF OF SERVICE