JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-1903 AG (ANx) | Date | December 15, 2014 |
|---|---|---|---|
| Title | MARSHALL SANDERS, et al. v. BANK OF AMERICA, N.A., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER REMANDING ACTION TO STATE COURT**

The Court ordered Defendants Bank of America, N.A., National Default Servicing Corporation, and Select Portfolio Servicing, Inc. (collectively, "Defendants"), which removed this case based on diversity jurisdiction, to show cause why this action should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 8.) Defendants responded and stipulated to remand the action back to state court. (Dkt. No. 9.)

The Court REMANDS this action to the state court.

:   0

Initials of Preparer   lmb